UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In Re:

JOAN ANN HELEN WELSH    Case No. 18-10107-KKS
Debtor.
                                                          Chapter 13
_____/

## AFFIDAVIT OF REAL ESTATE AGENT

On this day personally appeared Joseph Black, who after being duly sworn, deposes and says:

1. I am over eighteen years of age and have personal knowledge of this matter.

2. I am a Florida Licensed Real Estate Agent employed with Asset Valuation Solutions and I have held such license since ___2015___. I specialize in brokering the sale and purchase of residential OR commercial property in Alachua County, Florida.

3. I personally prepared the Broker Price Opinion as to the real property at issue that values the property as of March 27, 2018. In my professional opinion, the value of the real property as of the foregoing date was $295,000.00 and was the same on April 23, 2018 which was the date the Debtor filed the above captioned bankruptcy case because the market conditions had not changed between these dates.

_____
Joseph Black
Asset Valuation Solutions

STATE OF FLORIDA
COUNTY OF __Bradford__

SWORN TO and subscribed before me on __7/25/18__ by __Joseph Black__ as __Real Estate Agent__ of __Asset Valuation Solutions__ who is personally known to me or who produced _____ as identification.

_____
Notary Public

EKATERINA VANTSEVA-FORNSHELL
Commission # GG 181178
Expires April 9, 2022
Bonded Thru Troy Fain Insurance 800-385-7019

__April 9, 2022__
My Commission Expires