UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In Re:

JOAN ANN HELEN WELSH            Case No. 18-10107-KKS

Debtor.                                              Chapter 13

_____/

## AMENDED AFFIDAVIT OF INDEBTEDNESS

STATE OF CALIFORNIA   )
                                    )
COUNTY OF ORANGE    )

BEFORE ME, the undersigned authority, personally appeared CRYSTAL HOLLINS, OF RUSHMORE LOAN MANAGEMENT SERVICES LLC., ("Loan Servicer/Affiant") its Appointed Attorney in Fact for **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, Creditor** who, after being duly sworn, deposes and says:

1. Affiant is an authorized officer for the loan servicer of the mortgage and is appearing in a corporate capacity and not individually and based upon the same, Affiant has personal knowledge of the facts contained herein.

2. Affiant is a person over the age of eighteen (18) years.

3. This is affidavit concerns real property in Alachua County, Florida.

4. Affiant is the authorized Agent for **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT.**

5. Affiant, in performance of its duties as an officer of the Loan Servicer of the loan states that the Loan Servicer maintains a computerized account of the loan which includes all receipts,

disbursements, charges and credits. The amount of indebtedness and the nature and extent of the default are set forth in this affidavit, and are derived from the computerized records of the loan. Affiant is aware of how the data has been inputted into the computerized records and has personally examined the same to be competent to execute this affidavit and state those records are true, accurate and correct. Affiant has personal knowledge of the facts contained herein.

6. Affiant, states it is familiar with the computer and books of accounts maintained by the Loan Servicer on behalf of the Creditor and has examined all books, computer screens, records, and documents kept by Plaintiff concerning the transaction alleged in the Motion for Relief of Stay.

7. Affiant, states that all memorandum, reports, records, data compilation, in any form, of acts events, conditions computer screens, records, accounts, payment histories, escrow histories and all other documents are kept by maintained by the servicer on behalf of the Creditor in the: A) ordinary course of a regularly conduct business activity B) made at or near the time of the transaction using information transmitted C) made by persons with personal knowledge of the facts D) made as regular practice of this business and E) are trustworthy to be relied upon.

8. Affiant, states to the extent that Creditor is not the original lender(s), Affiant is aware that the prior business records of the original lender(s) was received by the Loan Servicer in the normal course of business as to entries as they related to payment, balances, amounts due, demand letters being sent and all other related actives and were then incorporated into business records maintained by the Loan Servicer for this loan. These records which were received reflected that they were: A) kept in the ordinary course of a regularly conduct business activity B) made at or near the time of the transaction using information transmitted C) made by person(s) with personal knowledge of the facts D) made as regular practice of that business and E) are trustworthy to be relied upon.

9. Affiant, states that as Loan Servicer for Creditor that it is the regular practice of the servicer on behalf of the Plaintiff to make and keep these computer entries, books, records and documents.

10. Affiant, states that the computer entries books, records and documents which Affiant has

maintained by the Loan Servicer on behalf of the Creditor has been examined and are complete, accurate and correct.

11. Debtor **JAMIE WELSH AND JO ANN WELSH**, executed and delivered a Mortgage Deed in favor of Washington Mutual Bank known as Mortgagee, dated June 14, 2007. The Mortgage Deed was recorded on July 12, 2007 at O.R. Book 3638 Page 1005 of the Public Records of Alachua County, Florida... A true and correct copy of mortgage is attached to the motion as **Exhibit "A"**.

12. There have been a series of assignment as follows:

A. Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank assigned its mortgage to JPMorgan Chase Bank, N.A., which was recorded in O.R. Book 4153, Page 295, Public Records of Alachua County, Florida.

B. JPMorgan Chase Bank, N.A. assigned its mortgage to U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust I, which was recorded in O.R. Book 4205, Page 578, Public Records of Alachua County, Florida.

C. U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust I assigned its mortgage to UMB BANK, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE FOR MART LEGAL TITLE TRUST 2015-NPL1, which was recorded in O.R. Book 4392, Page 1875, Public Records of Alachua County, Florida.

D. UMB BANK, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE OF MART LEGAL TITLE TRUST 2015-NPL1 assigned its mortgage to Creditor, **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT**, which was recorded in O.R. Book 4489, Page 1667, Public Records of Alachua County, Florida.

A true and correct copy of said assignments are attached to the motion as **Exhibit "B"**.

12. That the Debtor executed a Promissory Note securing payment thereof which was executed by the Debtor shows an endorsement (on the backside of the note) from the original lender Washington Mutual Bank payable to blank is attached to the motion as **Exhibit "C"**.

13. A foreclosure action was filed in the caption matter of U.S. Bank v. Welsh Et. Al., Case

Number Case No. 1-2015-CA-004541 in the 8th Judicial Circuit in for Alachua County, Florida, which resulted in the entry of a Final Judgment of Foreclosure dated September 22, 2017. A copy of the Final Judgment of Foreclosure is attached to the motion as **Exhibit "D"**.

14. Debtor has failed to make her post petition payment to the Creditor and Creditor is due from May 1, 2018 as follows:

| | | |
|---|---|---|
| A. | Principal | $301,232.19 |
| B. | Interest through 5/01/18, with a per diem thereafter of $16.51 | $23,137.00 |
| C. | Escrow Advance | $67,286.94 |
| D. | Attorney Fees/Costs | $21,364,67 |
| | **TOTAL** | **$469,059.26** |

15. Creditor filed Proof of Claim which lists the pre-petition arrearage under the mortgage obligation at $131,108.87 as of May 1, 3018. The Post Petition Payments is due in the sum of $2,088.72 from May 1, 2018 forward.

16. Creditor is obligated for $650.00 for attorney fees for this motion and $181.00 of court cost.

17. Creditor states the consideration of the indebtedness was an extension of credit to Debtor, for which Debtor executed a Mortgage but did not sign the promissory note.

18. Creditor, has retained the services of Law Office of Gary Gassel, P.A. to represent its interest in these bankruptcy proceedings to become obligated to pay reasonable attorney fees for the services provided in that capacity.

19. Creditor has obtained an appraisal/BPO of the parcel which show a value of estimated value of $295,000.00. A copy of Creditor's Redacted Appraisal dated March 27, 2018 is attached to the motion as **Exhibit "G"**.

20. Creditor's Power of attorney to executed this affidavit is attached to the Motion for Relief as **Exhibit "H"**

FURTHER AFFIANT SAYETH NOT.

**U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT** by RUSHMORE LOAN MANAGEMENT SERVICES LLC., ITS APPOINTED ATTORNEY IN FACT

By: _____

CRYSTAL HOLLINS    Assistant Secretary
_____
[Print Name and Title]

State of _____
County of _____

Subscribed and sworn to (or affirmed) before me on this ____ day of _____, 201__ by _____, who proved to me on the basis of satisfactory evidence to be the person(s) and who appeared before me and how has produced a drivers license or other form of identification.

_____
NOTARY PUBLIC
My Commission Expires

Please see Attached

## JURAT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of **California**

County of **Orange**

Subscribed and sworn to (or affirmed) before me on this 24th day of July, 2018 by **CRYSTAL HOLLINS**, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

(Seal)



VANESSA CASIAS
Notary Public – California
Orange County
Commission # 2222946
My Comm. Expires Nov 23, 2021