UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:                                                                                              CASE NO. 18-10107-KKS
JO ANN HELEN WELSH,                                                                    CHAPTER 13
    Debtor.
_____/

## DEBTOR'S RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS (DOC 62)

The Debtor, Jo Ann Helen Welsh, by and through the undersigned attorney, responds to the Chapter 13 Trustee's Motion to Dismiss (Doc 62) and states:

1. The Debtor mailed a money order to the Chapter 13 Trustee's payment address which has not been posted to the Debtor's account. The Debtor believes that money order was lost in the mail.

2. The Debtor has applied for a refund but it will be several weeks before the Post Office can verify that the money order has not been negotiated and can issue a refund.

3. The Debtor needs the refund from the Post Office in order to bring the plan payments current.

Wherefore, the Debtor, Jo Ann Helen Welsh, requests this Court enter an order denying the Motion to Dismiss, and requests such other and further relief as the Court deems proper under the circumstances.

Dated December 21, 2018.

                                            /s/ Sharon T. Sperling
                                            Sharon T. Sperling
                                            Florida Bar No. 0763489
                                            Attorney for Debtor
                                            P.O. Box 358000
                                            Gainesville FL 32635-8000
                                            (352) 371-3117
                                            (352) 377-6324 fax
                                            sharon@sharonsperling.com

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic noticing or United States Mail to those parties listed below on December 21, 2018.

                                       /s/ Sharon T. Sperling
                                       Sharon T. Sperling

Leigh D. Hart, Chapter 13 Trustee
P.O. Box 646
Tallahassee FL 32302
 ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net

Gary Gassel, Esquire
Law Offices of Gary Gassel, P.A.
2191 Ringling Blvd.
Sarasota FL 34237
Gary@Gassellaw.com

Jose Moreno, Esquire
Jose I. Moreno, P.A.
240 NW 76th Dr Ste D
Gainesville FL 32607
 jimoreno@bellsouth.net, ruizcalderondr64903@notify.bestcase.com